**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  10-cv-01942-REB-MJW          FTR - Courtroom A-502

**Date:** March 14, 2011                          Courtroom Deputy, Laura Galera

| | |
|---|---|
| LINDA GLADER, | Thomas Kranidas |
| | Maria Flora (Bankruptcy Trustee for |
| Plaintiff, | U.S. Bankruptcy Court, District of |
| | Colorado: Estate of Glader, Case No. |
| | 10-39627) |
| v. | |
| BACKER ROD MFG. INC., | Ronald Fano |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   MOTION   HEARING**
re: Unopposed Motion of Defendant to Stay All Proceedings in the Case [Docket No.18] and Unopposed Motion to Set New Settlement Conference [Docket No. 20].

**Court in session:   9:29 a.m.**
Court calls case.  Appearances of counsel.

Parties advise the Court as to the status of the case.

**It is ORDERED:**

    1.    Unopposed Motion of Defendant to Stay All Proceedings in the Case [Docket No. 18] is **GRANTED.  All proceedings are stayed except for settlement. Court notes the trustee does not object to the case moving forward on settlement and will participate in settlement discussions.**

    2.    Unopposed Motion to Set New Settlement Conference [Docket No. 20] is **GRANTED.**

    3.    Settlement Conference is set **May 6, 2011 at 2:00 p.m.** in  Courtroom A-502, Fifth  Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe*(not the trial judge)*  via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov **on or before May 2, 2011.
In the subject line** of the e-mail, counsel shall list the case number, short

       caption, date of the conference and "confidential settlement statement."

       All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved, with full settlement authority shall be present **in person** at the settlement conference. Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.

Hearing concluded.

**Court in recess:   9:41 a.m.**
Total In-Court Time: 0:12

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.