**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01942-REB–MJW

LINDA GLADER,

    Plaintiff,

v.

BACKER ROD MFG., INC., a foreign corporation authorized to do business in Colorado,

    Defendant.

## ORDER OF DISMISSAL

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#28][1] filed July 7, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#28] filed July 7, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for October 28, 2011, is **VACATED**;

3. That the jury trial set to commence November 24, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 7, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.